Lawrence John STOKES, Petitioner-Appellant,

v.

W. J. ESTELLE, Jr., Director, Texas Department of Corrections, Respondent-Appellee.

No. 78–1320
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

April 11, 1979.
Rehearing Denied May 31, 1979.

* Rule 18, 5 Cir.; *see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al.*, 5 Cir., 1970, 431 F.2d 409, Part I.

Richard E. Wetzel, Staff Counsel for Inmates, Texas Dept. of Cor., Rosharon, Tex., for petitioner-appellant.

Mark White, Atty. Gen., John W. Fainter, Jr., First Asst. Atty. Gen., Renea Hicks, Ted L. Hartley, Gilbert Pena, Asst. Attys. Gen., Austin, Tex., for respondent-appellee.

Before AINSWORTH, GODBOLD and VANCE, Circuit Judges.

PER CURIAM:

Habeas petition by a Texas state prisoner. The respondent was not served with a summons or a show cause order and was unaware of the case until served with appellant's brief on appeal.

The Magistrate, relying on state court records and an ex parte personal investigation of non-record matters, recommended denial of the petition, and the district judge adopted the recommendation. Neither the statutes nor the rules permit habeas cases to be handled in this manner. See: Rule 4, 28 foll. § 2254; *Scott v. Estelle*, 567 F.2d 632 (CA5, 1978); *Jackson v. Estelle*, 570 F.2d 546 (CA5, 1978).

VACATED and REMANDED.